Daniel Loras Glynn, ISB No. 5113
Jones ♦ Gledhill ♦ Fuhrman ♦ Gourley P.A.
225 N. 9th Street, Suite 820
P.O. Box 1097
Boise, ID 83701
Telephone (208)331-1170
Facsimile (208)331-1529
Email: dglynn@idalaw.com

Attorney for the Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| EAST BOISE COUNTY AMBULANCE DISTRICT, a political subdivision of the State of Idaho,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>GAITLIN GEHRLS<br>　　　　　Defendant. | Case No.<br><br>**VERIFIED PETITION FOR DECLARATORY RELIEF** |

Plaintiff East Boise County Ambulance District (hereinafter referred to as "EBCAD"), by and through its attorneys of record, Jones ♦Gledhill ♦Fuhrman ♦Gourley, P.A., for its Petition for Declaratory Judgment as against the Defendant Gaitlin Gehrls complains and alleges as follows:

## PARTIES

1. Plaintiff, EBCAD, is a taxing district, political subdivision of state of Idaho as pursuant to Chapter 39, Title 31 of the Idaho Code.

2. Defendant Gaitlin Gehrls was, and is, at all relevant times employed by Boise County as a Logistics Officer for EBCAD. Defendant was, and is, responsible for the

VERIFIED PETITION FOR DECLARATORY RELIEF - 1

performance of various job functions necessary for the EBCAD including, but not limited to, inventory control, inventory counting, vehicle maintenance/repairs and facility upkeep/repairs.

## VENUE AND JURISDICTION

3. This Court has subject matter jurisdiction over the matter pursuant to 28 U.S.C. § 1331 as EBCAD by this action, seeks a Declaratory Judgment pursuant to 28 U.S.C. § 2201 that its proposed resolution of claims with the Defendant under the Fair Labor Standards Act of 1938 (hereinafter referred to as "FLSA"), as amended, 29 U.S.C. § 201 *et seq.* is fair and reasonable.

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b).

## GENERAL ALLEGATIONS

5. Defendant is, and was, at all relevant times an employee for EBCAD, which is a taxing district as contemplated by Chapter 39, Title 31 of Idaho Code, and which provides emergency medical services. The EBCAD is governed by the EBCAD governing board which is comprised of the members of the board of county commissioners for Boise County.

6. From approximately October 2011, Defendant was a volunteer emergency responder for the EBCAD wherein he would be "on call" and, in the event of an emergency response situation, respond. On or about January 13, 2016, Defendant was offered a paid, full-time position as Logistics Officer with the EBCAD, in the course of which he would respond to calls during normal business hours just as he did while "on call," and yet Defendant also continued to volunteer for EBCAD for similar "on-call" duties outside normal business hours.

7. While working on personnel issues for EBCAD, Boise County discovered that some of Defendant's job duties as a paid employee were very similar to those he performed as a volunteer, and yet he was not compensated for these services performed outside normal business hours.

**VERIFIED PETITION FOR DECLARATORY RELIEF - 2**

8. Upon this discovery, Boise County conducted a further audit of these activities by Defendant and made a good faith determination as to the uncompensated time as to the Defendant.

9. Based upon the foregoing, Boise County has identified the amount of unpaid wages and an additional equal amount as liquidated damages owed to each consistent with the provisions of 29 U.S.C. § 216(b).

10. Pursuant to 29 U.S.C. § 216(c), resolution, settlement, or compromise of back wages and liquidated damages are only enforceable as between an employer and employee if supervised by the Department of Labor or by means of a judgment by a court of competent jurisdiction which has determined that resolution, settlement or compromise is a fair and reasonable resolution of the matter.

11. On or about February 28, 2018, EBCAD advised Defendant in writing of the discovery of services performed by Defendant for which Defendant was not compensated by EBCAD, of EBCAD's calculation of those uncompensated hours, and the amount EBCAD determined should be paid to him, to include an amount of liquidated damages as calculated in accordance with 29 U.S.C. § 216. EBCAD requested that Defendant review these hours and calculations and advise EBCAD of any errors in the calculation of hours, or amounts owed, by March 16, 2018. A true and correct copy of this correspondence is attached as Exhibit "A" hereto.

12. Defendant has not advised EBCAD of any errors in the calculation of hours or amounts owed.

## COUNT ONE
## REQUEST FOR DECLARATORY RELIEF

13. EBCAD realleges, and hereby incorporates by reference, all the foregoing

VERIFIED PETITION FOR DECLARATORY RELIEF - 3

allegations as if fully stated herein.

14.     There now exists an actual, justiciable controversy between EBCAD and the Defendant with regard to EBCAD's payment of acknowledged unpaid wages and liquidated damages due to Defendant.

15.     EBCAD seeks a judicial Declaration, pursuant to 28 U.S.C. § 2201 that, consistent with 29 U.S.C. § 216(c), the proposed payments by EBCAD to the Defendant as identified in Exhibit "A" is a fair and reasonable resolution of the unpaid wages and liquidated amounts for the activities described herein.

WHEREFORE, EBCAD requests this Court enter a Judgment finding that the payment of the amounts as identified in Exhibit "A" to the Defendant is a fair and reasonable resolution of the unpaid wages and liquidated damages owed by EBCAD to the Defendant.

DATED This 4th day of April, 2018.

JONES ♦ GLEDHILL♦ FUHRMAN ♦ GOURLEY, P.A.

_____
DANIEL LORAS GLYNN
Attorney for Plaintiff

VERIFIED PETITION FOR DECLARATORY RELIEF - 4

## VERIFICATION

STATE OF ~Idaho~ )
                 ) ss.
County of ~Boise~ )

~Angela Dill~, being first duly sworn, deposes and says:

That ___ she is the ~EBCAD Director~ of Boise County, the Plaintiff herein; that ___ he has read the foregoing instrument, knows the contents thereof to be true and correct to the best of ~her~ knowledge.

Its: ~Director of Operations East Boise County Ambulance District~

SUBSCRIBED AND SWORN to before me this ~30th~ day of ~March~, 2018.

Notary Public for: ~Boise County~
Residing at: ~Boise County~
My Commission Expires: ~6/24/21~

VERIFIED PETITION FOR DECLARATORY RELIEF - 5

# Exhibit A

Case 1:18-cv-00151-CWD   Document 1   Filed 04/04/18   Page 6 of 11



# BOISE COUNTY
## PROSECUTING ATTORNEY'S OFFICE

February 28, 2018

Gaitlin Gehris
P.O. Box 19
Idaho City, ID 83631

Dear Mr. Gehris:

I'm the Boise County Prosecutor, and I'm writing to you on behalf of the Governing Board of the East Boise County Ambulance District ("EBCAD") regarding your compensation for past service to EBCAD.

Several months ago, the County discovered that you were volunteering for work that you were also paid to do. Specifically, you responded to emergency calls during your paid job for EBCAD, but you also responded to emergency calls as a volunteer outside of your paid job. Upon discovering this, the County asked you to stop responding to calls as a volunteer in April 2017.

Upon review of the records contained in the attached Exhibit A, the County has determined that since the beginning of your paid job with EBCAD on January 13, 2016, you have worked approximately 242.75 hours as a "volunteer" for which you were entitled to compensation at an overtime rate. Your hourly wage for the entire period in question has been $12.50, and thus your overtime rate would be $18.75. As such the back wages owed to you total the amount of $4,551.57.

As a result, the County intends to pay you the amount of $4,551.57 for owed back wages, less the applicable deductions and withholdings. In addition, in accordance with the provisions of the Fair Labor Standards Act, the County intends to pay you an additional amount equal to those back wages, or in other words, an additional amount of $4,551.57. As such, the total payment to you, less the deductions and withholdings, should be approximately $9,103.14. Based on this, the County believes it would be paying you all compensation owed for this uncompensated time. In making this calculation, the County believes it has not diminished or compromised in any way the compensation owed to you.

The Fair Labor Standards Act requires the Federal District Court in Boise to approve this payment. The County has hired outside counsel, Daniel Glynn of the firm Jones, Gledhill, Fuhrman, and Gourley P.A., to handle the Court portion for us. As such, you will be soon receiving some court paperwork from Mr. Glynn's firm listing you as a defendant in a civil case

in federal district court to obtain this necessary approval for payment of the funds outlined to you above. You can anticipate receiving this filing within the next week.

The Board appreciates your service to the residents of Boise County. If you have any questions, or if upon your review of Exhibit A you believe that the dollar amount provided to you incorrect, please notify me by 5pm on March 16, 2018.

Best,

_Dan T. Blk_

Dan Blocksom

| First Name | Last Name | Incident Date | Total Hours Spent on Call |
|---|---|---|---|
| Gaitlin | Gehrls | 1/16/16 | 1.25 |
| Gaitlin | Gehrls | 1/16/16 | 4 |
| Gaitlin | Gehrls | 1/25/16 | 4 |
| Gaitlin | Gehrls | 2/2/16 | 2.25 |
| Gaitlin | Gehrls | 2/9/16 | 1 |
| Gaitlin | Gehrls | 2/15/16 | 0.5 |
| Gaitlin | Gehrls | 2/26/16 | 1 |
| Gaitlin | Gehrls | 2/28/16 | 3 |
| Gaitlin | Gehrls | 2/28/16 | 4 |
| Gaitlin | Gehrls | 3/6/16 | 0.75 |
| Gaitlin | Gehrls | 3/9/16 | 0.5 |
| Gaitlin | Gehrls | 3/16/16 | 1 |
| Gaitlin | Gehrls | 2/21/16 | 3 |
| Gaitlin | Gehrls | 4/3/16 | 1.5 |
| Gaitlin | Gehrls | 4/3/16 | 2.25 |
| Gaitlin | Gehrls | 4/4/16 | 2.75 |
| Gaitlin | Gehrls | 4/9/16 | 2.75 |
| Gaitlin | Gehrls | 4/16/16 | 3.75 |
| Gaitlin | Gehrls | 4/21/16 | 1 |
| Gaitlin | Gehrls | 4/24/16 | 2.75 |
| Gaitlin | Gehrls | 5/8/16 | 0.5 |
| Gaitlin | Gehrls | 5/8/16 | 0.5 |
| Gaitlin | Gehrls | 5/15/16 | 2 |
| Gaitlin | Gehrls | 5/6/16 | 0.5 |
| Gaitlin | Gehrls | 5/19/16 | 1 |
| Gaitlin | Gehrls | 5/19/16 | 2 |
| Gaitlin | Gehrls | 4/30/16 | 1 |
| Gaitlin | Gehrls | 6/1/16 | 1.25 |
| Gaitlin | Gehrls | 6/1/16 | 0.5 |
| Gaitlin | Gehrls | 6/5/16 | 2 |
| Gaitlin | Gehrls | 6/7/16 | 1 |
| Gaitlin | Gehrls | 6/7/16 | 1 |
| Gaitlin | Gehrls | 6/9/16 | 0.75 |
| Gaitlin | Gehrls | 6/12/16 | 2.25 |
| Gaitlin | Gehrls | 6/12/16 | 3 |
| Gaitlin | Gehrls | 6/17/16 | 3.25 |
| Gaitlin | Gehrls | 6/18/16 | 3.25 |
| Gaitlin | Gehrls | 6/18/16 | 3.25 |
| Gaitlin | Gehrls | 6/19/16 | 2.5 |
| Gaitlin | Gehrls | 6/19/16 | 1.75 |
| Gaitlin | Gehrls | 6/11/16 | 2.5 |
| Gaitlin | Gehrls | 6/20/16 | 3 |
| Gaitlin | Gehrls | 6/11/16 | 2 |
| Gaitlin | Gehrls | 6/25/16 | 1.25 |

| | | | |
|---|---|---|---|
| Gaitlin | Gehrls | 6/25/16 | 0.75 |
| Gaitlin | Gehrls | 6/26/16 | 1.25 |
| Gaitlin | Gehrls | 6/30/16 | 3 |
| Gaitlin | Gehrls | 7/1/16 | 0.5 |
| Gaitlin | Gehrls | 7/1/16 | 0.5 |
| Gaitlin | Gehrls | 7/2/16 | 2.5 |
| Gaitlin | Gehrls | 7/2/16 | 3.5 |
| Gaitlin | Gehrls | 7/3/16 | 1 |
| Gaitlin | Gehrls | 7/9/16 | 3.75 |
| Gaitlin | Gehrls | 7/10/16 | 1.5 |
| Gaitlin | Gehrls | 7/21/16 | 5.25 |
| Gaitlin | Gehrls | 7/24/16 | 4 |
| Gaitlin | Gehrls | 7/24/16 | 3 |
| Gaitlin | Gehrls | 7/25/16 | 2.25 |
| Gaitlin | Gehrls | 7/26/16 | 3 |
| Gaitlin | Gehrls | 7/26/16 | 0.25 |
| Gaitlin | Gehrls | 8/8/16 | 3 |
| Gaitlin | Gehrls | 7/24/16 | 3 |
| Gaitlin | Gehrls | 8/20/16 | 2 |
| Gaitlin | Gehrls | 8/21/16 | 3.25 |
| Gaitlin | Gehrls | 8/24/16 | 0.5 |
| Gaitlin | Gehrls | 8/24/16 | 1 |
| Gaitlin | Gehrls | 8/20/16 | 4 |
| Gaitlin | Gehrls | 9/7/16 | 3 |
| Gaitlin | Gehrls | 9/9/16 | 0.5 |
| Gaitlin | Gehrls | 9/8/16 | 1.25 |
| Gaitlin | Gehrls | 8/7/16 | 2.75 |
| Gaitlin | Gehrls | 9/16/16 | 0.5 |
| Gaitlin | Gehrls | 10/2/16 | 3.25 |
| Gaitlin | Gehrls | 10/14/16 | 1.25 |
| Gaitlin | Gehrls | 10/8/16 | 1.25 |
| Gaitlin | Gehrls | 10/24/16 | 1.5 |
| Gaitlin | Gehrls | 10/24/16 | 0.75 |
| Gaitlin | Gehrls | 11/4/16 | 1.5 |
| Gaitlin | Gehrls | 11/10/16 | 1.5 |
| Gaitlin | Gehrls | 11/19/16 | 1 |
| Gaitlin | Gehrls | 12/2/16 | 0.75 |
| Gaitlin | Gehrls | 12/3/16 | 1.25 |
| Gaitlin | Gehrls | 12/6/16 | 1.25 |
| Gaitlin | Gehrls | 12/7/16 | 2 |
| Gaitlin | Gehrls | 12/12/16 | 4.5 |
| Gaitlin | Gehrls | 12/14/16 | 1.5 |
| Gaitlin | Gehrls | 12/17/16 | 0.75 |
| Gaitlin | Gehrls | 1/10/17 | 1.25 |
| Gaitlin | Gehrls | 1/10/17 | 2.25 |
| Gaitlin | Gehrls | 1/16/17 | 1.25 |

| | | | |
|---|---|---|---|
| Gaitlin | Gehrls | 1/18/17 | 2.25 |
| Gaitlin | Gehrls | 1/21/17 | 2.5 |
| Gaitlin | Gehrls | 1/23/17 | 1.5 |
| Gaitlin | Gehrls | 1/27/17 | 2.25 |
| Gaitlin | Gehrls | 1/28/17 | 1 |
| Gaitlin | Gehrls | 1/30/17 | 4.25 |
| Gaitlin | Gehrls | 1/29/17 | 3 |
| Gaitlin | Gehrls | 1/30/17 | 2.25 |
| Gaitlin | Gehrls | 2/1/17 | 1 |
| Gaitlin | Gehrls | 2/4/17 | 2 |
| Gaitlin | Gehrls | 2/1/17 | 1 |
| Gaitlin | Gehrls | 2/9/17 | 2.25 |
| Gaitlin | Gehrls | 2/9/17 | 0.25 |
| Gaitlin | Gehrls | 2/11/17 | 3 |
| Gaitlin | Gehrls | 2/13/17 | 1.5 |
| Gaitlin | Gehrls | 2/13/17 | 2.75 |
| Gaitlin | Gehrls | 2/19/17 | 1.5 |
| Gaitlin | Gehrls | 2/26/17 | 0.75 |
| Gaitlin | Gehrls | 3/2/17 | 3 |
| Gaitlin | Gehrls | 3/5/17 | 3 |
| Gaitlin | Gehrls | 3/7/17 | 3.25 |
| Gaitlin | Gehrls | 3/7/17 | 0.5 |
| Gaitlin | Gehrls | 3/7/17 | 1.25 |
| Gaitlin | Gehrls | 3/9/17 | 2 |
| Gaitlin | Gehrls | 3/4/17 | 3 |
| Gaitlin | Gehrls | 3/15/17 | 0.5 |
| Gaitlin | Gehrls | 3/22/17 | 2.5 |
| Gaitlin | Gehrls | 3/23/17 | 2 |
| Gaitlin | Gehrls | 3/25/17 | 1 |
| Gaitlin | Gehrls | 3/26/17 | 1.75 |
| Gaitlin | Gehrls | 3/25/17 | 3 |
| Gaitlin | Gehrls | 3/30/17 | 2.5 |
| Gaitlin | Gehrls | 3/26/17 | 2.75 |
| Gaitlin | Gehrls | 4/2/17 | 1.25 |
| | | **TOTAL HOURS** | **242.75** |