# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| EAST BOISE COUNTY AMBULANCE DISTRICT,<br><br>  Plaintiff,<br><br>  v.<br><br>GAITLEN GEHRLS,<br><br>  Defendant. | Case No. 1:18-cv-00151-BLW<br><br>**JUDGMENT** |

In accordance with the Order issued concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion for a Declaratory Judgment (Dkt. 6) is **DENIED.**

**IT IS FURTHER ORDERED** that judgment be entered and that this case be dismissed in its entirety.

DATED: July 31, 2018

_____
B. Lynn Winmill
Chief Judge
United States District Court

JUDGMENT - 1